IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ANTHONY RANSOM | : | NO. 10-798-01 |

ORDER

AND NOW, this 22nd day of June, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of Anthony Ransom for compassionate release under 18 U.S.C. § 3582(c)(1)(A) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.